JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ANDERSON BONELESS BEEF, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VALUE MEAT INC. dba CHARLIE'S PRIDE MEATS, a California corporation, ROBERT DICKMAN, JAMES DICKMAN, CHARLES DICKMAN,<br><br>Defendants. | CASE NO. CV 16-7877-GW(MRWx)<br><br>Honorable George H. Wu<br><br>**ORDER RE: STIPULATION TO VOLUNTARILY DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |

Before the Court is the Joint Stipulation Pursuant to Fed. R. Civ. P. 41(A) Voluntarily Dismissing Entire Action Without Prejudice. The Court, after considering the Stipulation and finding good cause, finds that the Stipulation should be entered as an Order of the Court.

**IT IS HEREBY ORDERED THAT:**

1. This Action is dismissed in its entirety, without prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: December 12, 2017

_____
HON. GEORGE H. WU
United States District Judge